of law for at least three months, commencing thirty days from the date of this order. During this thirty-day period, he shall conclude those pending client matters that can be resolved and arrange for the orderly transfer of his remaining client matters to new counsel of the client's choice. He shall not take on any new matters.

Within ten days of the commencement of his suspension, he shall comply with the mandates of Article III, Rule 15 of the Supreme Court Rules of Disciplinary Procedure. He may apply to this Court for reinstatement after three months from the date of his suspension.

presented to the Court on October 17, 2013. The respondent's counsel advised this Court that the respondent did not object to the petition and waived her right to appear before the Court. After review of the petition, we deem that an order of interim suspension is appropriate.

Accordingly, it is ordered, adjudged, and decreed that the respondent, Elisa M. Pollard, be and she is hereby suspended from engaging in the practice of law in this state, effective immediately.

The respondent may apply to this Court for reconsideration of this matter at a later date.

In the Matter of Elisa M. POLLARD.

No. 2013–300–M.P.

Supreme Court of Rhode Island.

Oct. 17, 2013.

David Curtin, Chief Disciplinary Counsel, for Petitioner.

William J. Murphy, Providence, for Respondent.

SUTTELL, C.J., GOLDBERG, FLAHERTY, ROBINSON, and INDEGLIA, JJ.

### ORDER

On September 13, 2013, this Court's Chief Disciplinary Counsel filed a petition for interim suspension which avers that the respondent, Elisa M. Pollard, a member of the Rhode Island Bar, has engaged in serious professional misconduct.

The respondent's counsel was served with notice that this petition would be

In the Matter of Donald F. DeCICCIO.

No. 2013–275–M.P.

Supreme Court of Rhode Island.

Oct. 17, 2013.

David Curtin, Chief Disciplinary Counsel, for Petitioner.

Edward C. Roy, Jr., North Kingstown, for Respondent.

Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

### ORDER

This attorney disciplinary matter comes before us pursuant to Article III, Rule 6 of the Supreme Court Rules of Disciplinary Procedure. On August 19, 2013, the Disciplinary Board of the Supreme Court (board) forwarded to us a decision finding that the respondent, Donald F. DeCiccio, had violated the Supreme Court Rules of